IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NELSON SANDOVAL-HERNANDEZ | § | |
| | § | |
| VS. | § | NO. 3-02-CV-396-M |
| | § | NO. 3-02-CR-396-M(05) |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING AMENDED AND CORRECTED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 12, 2007, United States Magistrate Judge Jeff Kaplan made Amended and Corrected Findings and a Recommendation. No objections were filed. The Court thus reviews the Amended and Corrected Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Amended and Corrected Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Amended and Corrected Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 8 day of March, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE